## BERRY *v.* STATE TAX COMMISSION.

No. 229.   Decided October 11, 1965.

*Robert N. Gygi* for appellant.

*Robert Y. Thornton,* Attorney General of Oregon, and *John C. Mull* and *Carlisle B. Roberts,* Assistant Attorneys General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE HARLAN is of the opinion that probable jurisdiction should be noted.

## SEACAT MARINE DRILLING CO. ET AL. *v.* BABINEAUX.

No. 283.   Decided October 11, 1965.

*Marian Mayer Berkett* for appellants.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.

MR. JUSTICE HARLAN is of the opinion that the appeal should be dismissed for want of jurisdiction.